```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

REGIONS BANK as successor by merger
to Amsouth Bank,


                 Plaintiff,


vs.                                   Case No.  2:10-cv-184-FtM-29DNF


ALI EBRAHIMI, F. FRED PEZESHKAN,
IRAJ ZAND, RAYMOND SEHAYEK,


                 Defendants.


IRAJ ZAND, RAYMOND SEHAYEK, ALI
EBRAHIMI, and F. FRED PEZESHKAN


           Third Party Plaintiffs


                 v.


JACK J. ANTARAMIAN, and ANTARAMIAN
FAMILY LLC,


           Third Party Defendants
_____

## **OPINION AND ORDER**

    This matter comes before the Court on Jack J. Antaramian and Antaramian Family LLC's Motion to Dismiss Counterclaim (Doc. #72), Jack J. Antaramian and Antaramian Family LLC's Motion for this

Court to Abstain from Hearing the Guarantors' Counterclaim[1] (Doc. #73), and Jack J. Antaramian and Antaramian Family, LLC's Motion to Dismiss Amended Third-Party Complaint (Doc. #70). Ali Ebrahimi (Ebrahimi), F. Fred Pezeshkan (Pezeshkan), Iraj Zand (Zand), and Raymond Sehayek (Sehayek) filed responses. (Docs. ##77-78).

Defendants Ebrahimi, Pezeshkan, Zand, and Sehayek filed their Answer, Affirmative Defenses, Amended Counterclaim and Third-Party Complaint (Doc. #68). The Counterclaim asserts two counts (Counts I and IV) against plaintiff Regions Bank and two counts (Counts II and III) against non-party Jack J. Antaramian (Antaramian). Ebrahimi, Pezeshkan, Zand, and Sehayek also asserted a two-count Third-Party Complaint against Antaramian and Antaramian Family, LLC for indemnification (Count I) and contribution (Count II).

Counterclaims are governed by Rule 13 of the Federal Rules of Civil Procedure, which permits a party to assert a counterclaim against an opposing party. Fed. R. Civ. P. 13. Antaramian is not a named party in the Amended Complaint, and therefore defendants must assert a third-party complaint, not a counterclaim, against him. Accordingly, Counts II and III of the Counterclaim are dismissed without prejudice. To the extent that Ebrahimi, Pezeshkan, Zand, and Sehayek wish to pursue these claims against

---

[1] The Court notes that both Jack J. Antaramian and Antaramian Family LLC filed motions to dismiss the counterclaim and to abstain from hearing the counterclaim. However, counter-claims have only been asserted against Regions Bank and Jack J. Antaramian, not Antaramian Family LLC.

Antaramian, they may file an Amended Third-Party Complaint within (21) days of this Opinion and Order. Because Counts II and III of the Counterclaim are dismissed, Antaramian and Antaramian Family LLC's motion to dismiss (Doc. #72) and motion to abstain from hearing the counterclaim (Doc. #73) are denied as moot.[2] Further, because the Court anticipates an Amended Third-Party Complaint, Jack J. Antaramian and Antaramian Family, LLC's Motion to Dismiss the Third-Party Complaint (Doc. #70) is also dismissed as moot. Should Ebrahimi, Pezeshkan, Zand, and Sehayek fail to file an Amended Third-Party Complaint, Antaramian and Antaramian Family may file a Notice with the Court requesting reactivation of the Motion to Dismiss the Third-Party Complaint.

Accordingly, it is now

**ORDERED:**

1.  Counts II and III of Ebrahimi, Pezeshkan, Zand, and Sehayek's Counterclaim are **dismissed**. To the extent that Ebrahimi, Pezeshkan, Zand, and Sehayek seek to pursue these claims against Antaramian, they may file an Amended Third-Party Complaint within **twenty-one (21) days** of this Opinion and Order.

2.  Jack J. Antaramian and Antaramian Family LLC's Motion to Dismiss Counterclaim (Doc. #72), Motion for this Court to Abstain

---

[2]The Court notes that plaintiff, Regions Bank, has a pending Motion to Dismiss Count I of the Counter-Claim. (Doc. #75.) This motion will be addressed by the Court in a separate Opinion and Order.

from Hearing the Guarantors' Counterclaim (Doc. #73), and Motion to Dismiss Amended Third-Party Complaint (Doc. #70) are **DENIED AS MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of March, 2012.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record